# TRANSCRIPT ORDER

**AO 435 (Rev. 04/11)** — Administrative Office of the United States Courts

*Please Read Instructions:*

1. NAME: Abraham Fisch
2. PHONE NUMBER: 7132228777
3. DATE: 4/20/15
4. MAILING ADDRESS: 922 Columbia St
5. CITY: Houston
6. STATE: TX
7. ZIP CODE: 77008
8. CASE NUMBER: 4:2007Cr-00038
9. JUDGE: Atlas
10. DATES OF PROCEEDINGS FROM: September 27 TO 2007
12. CASE NAME: USA v. Herrera
13. CITY: Houston
14. STATE: TX

15. ORDER FOR:
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

United States Courts, Southern District of Texas — FILED APR 27 2015, David J. Bradley, Clerk of Court

16. TRANSCRIPT REQUESTED:
- [x] PRE-TRIAL PROCEEDING (Spcy) — September 27 2007

17. ORDER — EXPEDITED: ORIGINAL [x], FIRST COPY [x]

18. SIGNATURE: (signed)
19. DATE: 4/20/15

ESTIMATE TOTAL: 0.00
TOTAL CHARGES: 0.00
LESS DEPOSIT: 0.00
TOTAL DUE: 0.00

DISTRIBUTION: COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY