UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS | § | CRIMINAL NO. H-07-38 |
| JUAN GUAJARDO | § | |
| | § | |

United States Notice of
Agreement to Reset Detention Hearing

The United States of America gives notice of its agreement with Feroz Merchant, counsel for Juan Guardardo, to reset Juan Guajardo's detention hearing. The hearing scheduled for Tuesday, August 6, 2019, will be reset to Tuesday, August 13, 2019, at 2:00 p.m.

Attorney Merchant has spoken with his client, Juan Guajardo, and Mr. Guajardo is in agreement with this continuance.

Respectfully submitted,

RYAN PATRICK
United States Attorney


By:/s/ *Stuart A. Burns*
    Stuart A. Burns
    Assistant United States Attorney

## **Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been sent via electronic mail to Feroz Merchant, on Tuesday, August 6, 2019.

/s/ Stuart A. Burns
Stuart A. Burns
Assistant United States Attorney

fmerchant@anycrime.com